IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00310-MSK-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN EUGENE BARCELONA,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On December 1, 2008, the probation officer submitted a petition for early termination of supervised release in this case. On December 1, 2008, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 1, 2008, and the United States does not object to the proposed relief. Accordingly, it is

**ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 30th day of December, 2008.

                                                                   BY THE COURT:

                                                                   *Marcia S. Krieger* (signature)
                                                                   _____

Marcia S. Krieger
United States District Judge